Kimberly R. Wilson
Daniel K. Bryson
James A. Roberts, III
**Lewis & Roberts, PLLC**
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612-5529
Tel: (919) 981-0191
Fax: (919) 981-0199
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2949 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Mary Dellinger,<br><br>                    Plaintiff<br><br>vs.<br><br>Pfizer Inc,<br><br>                    Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Mary Dellinger in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: 12/14/09, 2009    By: [signature]

**LEWIS & ROBERTS, PLLC**
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612-5529
Tel: (919) 981-0191
Fax: (919) 981-0199

*Attorneys for Plaintiff*

DATED: Dec. 15, 2009    By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010    [signature]

Hon. Charles R. Breyer
United States District Court

-2-